UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN RE:

    TARAH A. COLEMAN AKA
    TARAH ANN-CINDY COLEMAN      CASE NO. 20-30885-JDA
                                                      CHAPTER 13
                                                      HONORABLE JOEL D. APPLEBAUM

                DEBTOR.
_____/
ANTHONY ABUEITA (P70755)
Attorney for Debtor
703 S. Grand Traverse Ave.
Flint, MI 48502
(810) 235-8669
---------------------------------
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 997-6481
(586) 726-1000
_____/

**PROOF OF SERVICE**

      CRAIG S. SCHOENHERR, SR., being duly sworn, says that on the 7th day of October, 2020, a copy of the Motion of Santander Consumer USA Inc. for Relief from the Automatic Stay, Brief in Support, Notice of Motion and this Proof of Service was served upon:

    U.S. Trustee
    211 W. Fort St., Suite 700
    Detroit, MI  48226

electronically pursuant to the court notice of service, and to those not electronically registered by placing documents in an envelope, correctly addressed and placing same in the United States Mail with postage prepaid.

                    O'REILLY RANCILIO P.C.

                    */s/ Craig S. Schoenherr, Sr.*
                    _____
                    CRAIG S. SCHOENHERR, SR. (P32245)
                    Attorney for Creditor
                    12900 Hall Road, Suite 350
                    Sterling Heights, MI  48313-1151
                    (586) 726-1000
                    ecf@orlaw.com

DATED:  October 8, 2020